UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

United States of America,

    -against-

Marcus Shepperd,

    Defendant.

--------------------------------------------------------x

ORDER

Docket No. 11 CR 00630 (KMK)

KARAS, U.S. DISTRICT JUDGE:

James Neuman, Esq. is to assume representation of the defendant in the above captioned matter as of March 8, 2024. Mr. Neuman is appointed pursuant to the Criminal Justice Act. His address is 100 Lafayette Street, Suite 501, New York, New York 10013, phone number (212) 966-5612, Email: james@jamesneuman.com

Thomas Dunn is relieved as counsel.

SO ORDERED.

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       March 8, 2024