

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

March 11, 2024

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *United States v. Marcus Shepperd*, 11-CR-630-39 (KMK)

Dear Judge Karas:

    As discussed at today's conference, the Government and Probation Office, with consent from the Defense, respectfully request that the conditions of supervised release for Defendant Marcus Shepperd in the above-captioned case be modified to include the following language:

"You will participate in an inpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider."

So Ordered.
3/11/24

Sincerely,

DAMIAN WILLIAMS
United States Attorney

By: _____
Shaun E. Werbelow
Assistant United States Attorney
Southern District of New York
(914) 993-1962

cc: Erica Cudina, U.S. Probation Officer
    James Neuman, Defense Counsel