# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

July 16, 2024

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Marcus Shepperd*, 11 Cr. 630 (KMK)

Your Honor:

I represent Marcus Shepperd in the referenced case and write to request that the conference, which was recently rescheduled for August 6, 2024, be postponed once more to sometime between August 12th and August 23rd. The reason for this request is that, after this matter was rescheduled, I realized that a family vacation could only occur during the week of August 5th-August 9th. I apologize for this oversight. But I have conferred with Probation Officr Erica Cudina and AUSA Shawn Werbelow and both inform me that they are available for a conference during the time period I propose.

Accordingly, I ask that the conference be rescheduled until sometime between August 12th and August 23rd.

Respectfully submitted,

Granted, but the conference will be moved
up to  9|9 /24, at  2:00

So Ordered

7/16/24

/s/
James E. Neuman