Case 7:11-cr-00630-KMK    Document 1757    Filed 11/06/24    Page 1 of 1

# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

November 6, 2024

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Marcus Shepperd*, 11 Cr. 630 (KMK)

Your Honor:

      I represent Marcus Shepperd in the referenced case and write to request that the conference, currently scheduled for November 15, 2024, be taken off the calendar temporarily. The reason for this request is that related state court charges have yet to be resolved. In addition, the parties expect to have more information about the status of those state charges sometime in the next week or two. Thus, we suggest that, rather than select a new date now, we report back to the Court within the next thirty days with the latest information about the progress of the state charges, and based on that information, suggest a date for the next conference.

      The government consents to this application.

Respectfully submitted,

/s/
James E. Neuman

Granted, but the Parties are to submit a status report by 12/31/24 if no movement has occurred on the state case.

So Ordered.
11/6/24